

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2016

No. 04-16-00660-CV

**IN RE** Salatiel **POLANCO** d/b/a D&C Trucking

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

Relator Salatiel Polanco d/b/a D&C Trucking filed a petition for writ of mandamus on October 10, 2016. The court has considered the petition and is of the opinion Relator is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 1, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 14-12-30420-MCV, styled *Margarita Trevino, Individually and as Representative of the Estate of Melissa Trevino v. Salatiel Polanco d/b/a D & C Trucking, Highway Barricades and Services, L.L.C., Anderson Columbia Co., Inc., and Flasher Equipment Co.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Cynthia L. Muniz presiding.